**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **TQP DEVELOPMENT, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE NORTHERN TRUST COMPANY,**<br><br>**Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **No. 2:12-CV-428-JRG-RSP**<br><br>**CONSOLIDATED** |
| **TQP DEVELOPMENT, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SLING MEDIA, INC.,**<br><br>**Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **No. 2:12-CV-650-JRG-RSP**<br><br>**JURY TRIAL DEMANDED** |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

CAME ON THIS DAY for consideration of the Joint Motion for Dismissal Without Prejudice of all claims and counterclaims asserted between plaintiff TQP Development, LLC and defendant Sling Media, Inc. in the lead consolidated action and in *TQP Development, LLC v. Sling Media, Inc.,* Case No. 2:12-CV-650, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted between plaintiff TQP Development, LLC and defendant Sling Media, Inc. in the lead consolidated action and in *TQP Development, LLC v. Sling Media, Inc.,* Case No. 2:12-CV-650,

are hereby dismissed without prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 6th day of July, 2013.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE